## In the District Court of the United States
## For the District of Idaho

Mr. Ebenezer K. Howe, IV  §
2099 Katka Rd.  §
Bonners Ferry, ID 83805  §
(307) 251-4271,  §
  §
  §
Mr. Robert McNeil  §
729 Grapevine Hwy #148  §
Hurst, TX 76054  §
(713) 806-5199,  §
  §
  §
Mr. Michael Ellis,  §
5052 NECR 220  §
Rice, TX 75155  §
(903) 326-6263,  §
    PLAINTIFFS  §
  §
V.  § District Cause No. 1:21-CV-00175-BLW
  §
Mr. John G. Roberts  §
c/o United States Supreme Court  §
1 First Street, NE  §
Washington, DC 20543  §
(202-479-3000,  §
  §
Mr. Milan D. Smith, Jr.  §
c/o 9th Circuit Court of Appeals  §
James R. Browning Courthouse  §
95 7th Street  §
San Francisco, CA 94103  §
(415) 355-8000,  §
  §
Ms. Bridget S. Bade  §
c/o 9th Circuit Court of Appeals  §
James R. Browning Courthouse  §
95 7th Street  §
San Francisco, CA 94103  §
(415) 355-8000,  §

U.S. COURTS

APR 22 2021
Revd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| **Ms. Michelle T. Friedland** | § |
| **c/o 9th Circuit Court of Appeals** | § |
| **James R. Browning Courthouse** | § |
| **95 7th Street** | § |
| **San Francisco, CA 94103** | § |
| **(415) 355-8000,** | § |
| | § |
| **Ms. Mary H. Murguia** | § |
| **c/o 9th Circuit Court of Appeals** | § |
| **James R. Browning Courthouse** | § |
| **95 7th Street** | § |
| **San Francisco, CA 94103** | § |
| **(415) 355-8000,** | § |
| | § |
| **Mr. Srikanth "Sri" Srinivason** | § |
| **U.S. Court of Appeals for D.C. Circuit** | § |
| **E. Barrett Prettyman U.S. Courthouse** | § |
| **333 Constitution Ave., NW** | § |
| **Washington, D.C. 20001** | § |
| **(202) 216-7000** | § |
| **DEFENDANTS, Solely in Personal capacity** | |

## ORIGINAL COMPLAINT

**Preliminary Statement**

1. As a result of the filing of numerous fully-paid appeals nationwide (by victims seeking to terminate what they claim is the institutionalized IRS record falsification program used to enforce the income tax on certain Americans, and to terminate what victims' claim is the open support thereof by judicial officers in U.S. District Courts), a conscience-shocking pattern and practice of lawyers appointed to appellate courts has emerged.

2. Lawyers appointed to circuit benches have jointly refused to adjudicate EVERY issue raised in the appeals, while lawyers appointed to the Supreme Court ignore the violation of Plaintiffs' rights by all attorneys in the courts below.

3. Thus, there exists a demonstrable pattern and practice of attorneys appointed to courts of appeal, including those named herein and others unnamed, to violate the rights of unrepresented litigants to "meaningful" access to courts and to due process of law.[1]

---

[1] "The right to sue and defend in the courts is the alternative of force. In an organized society it is the right conservative of all other rights, and lies at the foundation of orderly government." See *Chambers v.*

## Jurisdiction

4. Jurisdiction and venue of the Court is based on 28 U.S.C. §1331, the Court's equitable power (due to our extraordinary allegations) and on *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

5. Plaintiffs seek nominal damages from the named defendants, who are sued solely in personal capacity, should it be proven they defrauded Plaintiffs by jointly engaging in a pattern and practice of refusing to adjudicate EVERY issue raised on appeal.

## Defendants Sued Solely in Personal Capacity, the United States Is NOT Sued

6. For clarity, Plaintiffs reiterate: they have sued the named attorneys solely in personal capacity only for declaratory relief and for minimal damages.

7. Plaintiffs contend that the SOLE interest of the United States in this case is terminating the pattern and practice of attorneys violating the Constitutionally protected right of their fellow Americans to due process of law, and their victims' statutory right to adequate, effective and meaningful access to courts of appeal.

8. Since the damaged United States has no arguable interest in defending the ongoing violation of Plaintiffs' rights, as shown below, the nominal damages sought from the attorneys who are sued solely personally, the damages should be paid *by them*. Thus the damages sought will not affect the public fisc.

9. In fact, the damaged United States' ONLY arguable interest in this case is terminating the Defendant attorneys' scheme to deny appellate relief to Americans without adjudicating ANY issue raised on appeal.

## Summary of Relief sought

10. Plaintiffs herein seek two forms of Relief.

<u>Declaratory Judgment</u>

11. Plaintiffs seek declaratory judgments to confirm that a pattern and practice exists among lawyers appointed to courts of appeal to refuse to adjudicate EVERY issue raised on appeals arising from the claimed IRS record falsification program.

12. Plaintiffs also seek a declaratory judgment whether that pattern of deliberately refusing to adjudicate the substance and merit of appeals violates the separation of powers, the Rule of Law, and their rights to due process of law, and to "meaningful" access to courts.

---

*Baltimore & Ohio R. Co.*, 207 US 142 - Supreme Court 1907. But mere physical access to courts is not sufficient to vindicate due process rights of litigants. Adequate, effective and "'meaningful' access' to the courts is the touchstone." See *Bounds v. Smith*, 430 U.S. 817 (1977).

Nominal Damages

13. Plaintiffs seek a minimal amount of damages personally from each Defendant who, as the evidence shows, denied appellate relief to Americans including Plaintiffs, while colluding to refuse to adjudicate EVERY issue raised in appeals arising from allegations of the claimed IRS record falsification program.[2]

Relief NOT sought

14. The Court is expressly requested to take judicial notice that by filing this suit Plaintiffs do NOT seek to reverse, appeal or modify any judgment issued by any judge or court during the course of their cases.[3] Moreover, to prevail, Plaintiffs do not have to prove existence of the claimed IRS record falsification program. They merely must prove that no issue raised on appeal concerning the program and judicial support thereof was adjudicated, in violation of their protected rights.

**ALLEGATIONS**

**A. Background**

15. Plaintiffs claim to have discovered an attorney-approved, attorney-shielded program whereby the Government creates the appearance of controversies cognizant in United States courts, by repeatedly falsifying federal (IRS) digital and paper records concerning victims in a certain sequential manner.[4]

16. In Plaintiffs' previous cases they sought to terminate the program, and the use of its fruit by the Department of Justice, but the cases were dismissed on a variety of claimed bases by district judges, none of which are germane to this suit.

17. Plaintiffs, and others similarly situated, have repeatedly filed fully-paid appeals of the dismissals of their cases by attorneys in District courts.

**B. Pattern and Practice: Refusal to adjudicate EVERY issue raised on appeal**

18. Again, this case is not about the merits or substance of any judgment whereby Plaintiffs' cases have been dismissed by district judges.

---

[2] Again, to prevail, Plaintiffs do not have to prove existence of the underlying IRS scheme. Their burden is merely to prove the attorneys left unmentioned every issue raised on appeal, thus Plaintiffs received no "meaningful" access to courts on appeal.

[3] As Plaintiffs are aware, this Court cannot issue any judgment that would nullify any judgment of another court; hence, Plaintiffs ask for no such relief. But this Court CAN declare whether or not any issues raised on appeal were adjudicated on appeal. That is the core fact we are asking declaratory judgment to determine.

[4] See and Exh. B. Declaration of Forensic Accountant/Plaintiff Robert McNeil and Exh. C. Declaration of Melba Ford in support of this Complaint.

19. Nor is this case about the merits or substance of any judgment by circuit judges affirming dismissals of Plaintiffs' cases by district judges.[5] That's because there is no "merit" or "substance" of any "order" denying appellate relief to Plaintiffs.

20. The Defendant lawyers refused to adjudicate EVERY issue raised on appeal by their damaged fellow Americans.

21. Said differently, in EVERY fully paid appeal to United States Circuit Courts, clerks issued "orders" denying relief without adjudicating ANY issue raised by appellants.

22. Pursuant to FRE 201(c)(2) Plaintiffs request the Court notice the cases and "orders" denying appellate relief, all of which are incorporated fully herein by reference:[6]

    - USCA, D.C. Circ. 15-5035 *Ellis v. Comm'r*,
    - USCA, D.C. Circ. 16-5233 *McNeil v. Comm'r*,
    - USCA, D.C. Circ. 16-5308 *DePolo v. Ciraolo-Klepper*,
    - USCA, D.C. Circ. 17-5054 *Crumpacker v. Ciraolo-Klepper*,
    - USCA, D.C. Circ. 17-5055 *McGarvin v. Ryan O. McMonagle*,
    - USCA, D.C. Circ. 17-5056 *Podgorny v. Ciraolo-Klepper*,
    - USCA, D.C. Circ. 17-5057 *DeOrio v. Ciraolo-Klepper*,
    - USCA, D.C. Circ. 17-5058 *Dwaileebe v. Martineau*,
    - USCA, 9th Circuit 18-17217 *Ford v. USA*,
    - USCA, 8th Circuit 19-2985 *Kurz v. USA*, and
    - USCA, 9th Circuit 21-35125 *Howe v. USA*.
    - USCA, 9th Circuit 21-70662 *Howe v. The Hon. David C. Nye*.

23. From reading the "orders", *no one can tell what issues were raised for adjudication on appeal.* Not one was adjudicated, let alone in an "adequate, effective, meaningful" manner.

24. Plaintiffs contend the production by the Defendants of 'orders' which do not address, let alone adjudicate, the substance or merit of ANY issue raised on appeal violates Plaintiffs' statutory rights to due process and to adequate, effective meaningful access to courts.[7]

25. By so doing, the defendant attorneys appointed to courts of appeal have not only destroyed the rights of Plaintiffs to meaningful access to courts of appeal, they have obstructed appeal to the Supreme Court of the issues surrounding the claimed executive branch, attorney-

---

[5] As shown in Exh. A, Plaintiffs Ellis and McNeil have been barred from filing suit concerning the substance and merit of judicial orders denying relief in their drive to stop the attorney-led program to use falsified records to justify the theft of victims' property and their incarceration. Hence, in this case, Plaintiffs' sole focus is on the OUTRAGEOUS, cynical refusal of lawyers appointed to courts of appeal to adjudicate EVERY issue raised therein.

[6] The eight appeals in the D.C. Circuit were either dismissed under the direction of Defendant Srinivasan, or with his extra-judicial participation.

[7] "Meaningful" Access to courts is not provided by allowing unrepresented litigants mere physical access. Plaintiffs did not pay filing fees just to have case numbers and briefing schedules assigned. They paid to have the MERITS of their appeals adjudicated.

approved institutionalized IRS record falsification program used to rape the rights of their fellow Americans.

26. More specifically, in fully paid appeal No. **21-35125**, in the Ninth Circuit, Plaintiff Howe sought to adjudicate whether a judge had violated Federal Rules of Civil Procedure 12(b)(1) and 72. Defendant Bade and others unnamed, appointed to the court of appeals, issued the standard substance-free, summary denial of appellate relief on March 11, 2021 [See Dkt. Entry 11.] From the 'order', no one knows what issues Mr. Howe raised.

27. For another specific example, in fully paid appeal 21-70662, Defendant Murguia and others unnamed provided no meaningful explanation for denying relief in a mandamus action brought by Mr. Howe concerning the same misconduct occurring in a District Court. [See Dkt. Entry 2.] No one can determine, from the face of the order, what issues Howe paid to have adjudicated.

28. Thus, just like all other victims similarly situated, Plaintiff Howe was blocked from further appeal to the Supreme Court, because the clerk issuing the "order" 'left nothing to appeal'.

29. Issuing "orders" that adjudicate nothing, which are created only to provide other government-employed attorneys ability to pretend victims' case were heard, adjudicated and relief was appropriately denied, is nothing less than an open assault by the attorneys on the Rule of Law, on the "separation of powers" and the rights of all Americans.

30. Judicial officers at the district level are aware they can literally 'say anything' (including literal gibberish), can fabricate facts, violate the Federal Rules of Civil Procedure and Circuit and Supreme Court precedent with impunity, knowing the Defendants and others unnamed will ratify on appeal any and all acts of misconduct favoring the Government.

31. The Clerk of the Supreme Court has rejected without comment every petition and appeal arising from the claimed institutionalized IRS record falsification program.

32. Pursuant to FRE 201(c)(2) Plaintiffs request the Court notice the following petitions, all incorporated fully herein by reference: Those actions include:

-- U.S.S.C. 16-1311, *Robert A. McNeil v. Commissioner of Internal Revenue, et al.*
-- U.S.S.C. Unassigned, *Michael B. Ellis - Emergency Petition for Writ of Mandamus*
-- U.S.S.C. 17-1561, *In Re Michael B. Ellis, et al.*
-- U.S.S.C. 17-1562, *In Re Harold R. Stanley*
-- U.S.S.C. 17-1563, *In Re Melba L. Ford*
-- U.S.S.C. 17-1715, *In Re Robert A. McNeil and Michael B. Ellis*
-- U.S.S.C. Unassigned, *Robert A. McNeil - Emergency Pet. for Stay and Writ of Mandamus*
-- U.S.S.C. 18A1104, *Melba L. Ford v. United States*
-- U.S.S.C. 18-1402, *Harold R. Stanley, et al. v. USDC DC*
-- U.S.S.C. Unassigned, *Melba L. Ford – Emergency Application for Stay of Judgment*
-- U.S.S.C. Unassigned, Melba L. Ford – Emergency Appl. for Stay and Removal of Appeal
-- U.S.S.C. 19-206, *In Re Melba L. Ford*

-- U.S.S.C. Unassigned, *Melba L. Ford – Motion to Authenticate or Strike*
-- U.S.S.C. 19A297, *Robert A. McNeil, et al. v. G. Michael Harvey, et al.*
-- U.S.S.C. Unassigned, *Melba L. Ford – Application for Appointment of Counsel*

33. Hence, personal capacity Defendant Roberts, in conjunction with his fellow attorneys (and unnamed Clerk), has consistently refused to bring to the attention of his fellow attorneys every petition, application and motion arising from the pattern and practice of lawyers assigned to appellate benches refusing to adjudicate the rape of the rights of their fellow Americans by the claimed IRS record falsification program, the claimed use thereof by DoJ attorneys, and the claimed open, notorious support thereof by attorneys appointed to district court benches.

## Cause of Action

Violation of Fifth Amendment Right to Due Process of Law, and Meaningful Access to Courts

34. Plaintiffs incorporate by reference the allegations presented and inferences requested above.

35. By ignoring and refusing to adjudicate EVERY issue raised on appeals of the district court dismissals of every case filed by Plaintiffs and their associates, Defendants violated each Plaintiffs' right to due process of law, in a manner shocking to the conscience.

36. Their actions also violated each Plaintiffs' well-established right to adequate, effective and meaningful access to courts.

## Relief Requested

### Declaratory Judgments

37. Plaintiffs request that declaratory judgments be issued addressing each of the following questions:

    A. Does a practice and pattern exist whereby lawyers appointed as appellate judges uniformly refuse to adjudicate EVERY issue raised on appeals of unrepresented litigants seeking relief from a.) the claimed underlying executive branch record falsification program used to enforce the income tax, and relief from b.) the claimed open, notorious support thereof by judicial officers in United States District Courts?

    Restated: Did the Defendants refuse to adjudicate EVERY issue raised on appeals by Plaintiffs and other Americans similarly situated?

    B. Does that pattern and practice violate litigant/victims' rights to meaningful access to courts and to due process of law?

    C. Does the pattern and practice violate the 'separation of powers' and the Rule of Law?

    D. Is the United States damaged by the attorney practice of denying appellate relief to Americans without adjudicating any issue?

**Nominal/Minimal Damages**

38. Since the Defendants are sued solely in personal capacity, and since the sole interest of the damaged United States is to terminate the pattern and practice of denying to litigants adjudication of the issues they raised on appeal, Plaintiffs are seeking damages.

39. Since the evidence proves the personal capacity Defendant attorneys are participating in a pattern and practice of denying appellate relief while refusing to adjudicate EVERY issue raised on appeal, (participation in which scheme is not a "judicial act" for which they can claim immunity from suit in their official capacity), Plaintiffs seek damages from each Defendant personally in the amount of $1,000.

**THE UNITED STATES has NO INTEREST in Defending the Attorneys**

40. **The Court is requested to Notice** that

    A. this is an effort by Plaintiffs to restore the Rule of Law, the separation of powers and their protected rights to due process of law guaranteed by our Constitution, while terminating the lawyers' evisceration of their rights under color of law; that

    B. It is not a "judicial act" to REFUSE to adjudicate EVERY issue raised by litigants on appeal; that

    C. It is not "within the scope of employment" when lawyers appointed to appellate benches collude to jointly refuse to adjudicate EVERY issue raised on appeal, hence there can be no request by the Administrative Office of the United States Courts for appointment of DoJ counsel for the personal capacity Defendants; that

    D. Lawyers sued solely in personal capacity have no immunity from suit for colluding to eviscerate the due process rights of their victims, and that

    E. The only interest of the United States in this case is to terminate the lawyers' collusion and restore the Rule of Law in the appellate courts of the United States.

41. Restated, the Court is requested to notice that the damaged United States has ZERO interest in either

    A. joining this suit,

    B. defending the named lawyers, or in

C. paying damages arising from the acts of the Defendants, who are raping the priceless rights of their fellow Americans.

42. Accordingly, since the damages sought are only from each named Defendant personally, the minimal amount Plaintiffs seek from each personal capacity Defendant for jointly colluding to REFUSE to adjudicate EVERY issue Plaintiffs raised on appeal, will have ZERO impact upon the public fisc.

43. Plaintiffs contend the DoJ thus has no arguable interest in representing the Defendants.[8]

**Additional Relief**

44. Plaintiffs request the Court grant such other relief, including court costs, as is just and equitable.

It is respectfully submitted,

_Ebenezer K. Howe IV_
Ebenezer K. Howe IV
2099 Katka Rd.
Bonners Ferry, ID 83805

April 20, 2021
Date

_Michael B. Ellis_
Michael B. Ellis
5052 NECR 220
Rice, TX 75155

April 20, 2021
Date

_Robert A. McNeil_
Robert A. McNeil
729 Grapevine Hwy #148
Hurst, TX 76054

April 20, 2021
Date

---

[8] And the attorneys in the AOUSC know it very well. See Plaintiffs' still-pending case 18-1746 in the United States District Court for the District of Columbia for details.

## Verification/Declaration

Comes now Ebenezer K. Howe IV, declaring under penalty of perjury, pursuant to 28 U.S.C. §1746, that "All the facts stated in the foregoing "**ORIGINAL COMPLAINT**" are absolutely true and correct to the very best of my knowledge and belief, that I have personal knowledge of almost every fact alleged, that they are material, admissible and that I am competent to testify thereto. I also believe and have reason to believe, I owe no tax liability for any year in question. Hence, every fact stated above, and every inference derived therefrom, concerning the IRS record falsification program which was used to justify instituting this case, and which is being used to continue this case, are absolutely true and correct, and that I am presenting this Declaration under penalty of perjury.

Further, not knowing whether Idaho is technically "within" or "without" "the United States", since that entity has been defined in many varying ways, I request the Court makes that determination, (and appoint counsel at its earliest convenience to ensure no technical default deprives me of the substantive justice I respectfully demand!).

That said, if Idaho is "without" "the United States", as that entity is defined by this Court: "I declare (or certify, verify, and state) under penalty of perjury, pursuant to 28 U.S.C. §1746 that every material fact, and inferences derived therefrom, presented in the foregoing document, is true and correct."

If Idaho is "within" "the United States", its territories, possessions, or commonwealths, as that entity is defined by this Court: "I also declare (or certify, verify, and state) under penalty of perjury that every material fact, and inferences derived therefrom, presented in the foregoing document, is true and correct."

So HELP ME GOD.

Executed on April 20, 2021

*Ebenezer K. Howe IV*
Ebenezer K. Howe IV

## Verification/Declaration

Comes now Michael B. Ellis and Robert A. McNeil, declaring under penalty of perjury, pursuant to 28 U.S.C. §1746, that "All the facts stated in the foregoing "**ORIGINAL COMPLAINT**" are absolutely true and correct to the very best of my knowledge and belief, that I have personal knowledge of almost every fact alleged, that they are material, admissible and that I am competent to testify thereto. Hence, every fact stated above, and every inference derived therefrom, is absolutely true and correct, and that I am presenting this Declaration under penalty of perjury.

Further, not knowing whether Texas, where I live, is technically "within" or "without" "the United States", since that entity has been defined in many varying ways, I request the Court makes that determination, (and appoint counsel at its earliest convenience to ensure no technical default deprives me of the substantive justice I respectfully demand!).

That said, if Texas is "without" "the United States", as that entity is defined by this Court: "I declare (or certify, verify, and state) under penalty of perjury, pursuant to 28 U.S.C. §1746 that every material fact, and inferences derived therefrom, presented in the foregoing document, is true and correct."

If Texas is "within" "the United States", its territories, possessions, or commonwealths, as that entity is defined by this Court: "I also declare (or certify, verify, and state) under penalty of perjury that every material fact, and inferences derived therefrom, presented in the foregoing document, is true and correct."

So HELP ME GOD.

Executed on April 20, 2021

_____
Michael B. Ellis

April 20, 2021
Date

_____
Robert A. McNeil

April 20, 2021
Date

## CERTIFICATE OF SERVICE

I, the undersigned, Ebenezer K. Howe IV, hereby certify that I caused a true and correct copy of the attached **"ORIGINAL COMPLAINT"** to be mailed, faxed and/or personally delivered to the below named party at the address listed below by depositing the same in the U.S. Mail, or by suitable fax, on or about April 20, 2021:

Mr. Merrick B. Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Mr. Bart M. Davis
U.S. Attorney for the District of Idaho
Washington Group IV
800 Park Blvd., Suite 600
Boise, ID 83712

Mr. Richard E. Zuckerman
Principal Deputy Assistant Attorney General
Tax Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Mr. Charles P. Rettig
Commissioner, IRS
Office of Procedure and Administration
1111 Constitution Ave. NW,
Room 5503
Washington, D.C. 20224

Mr. Michael R. Sherwin
Acting U.S. Attorney
for the District of Columbia
Civil Process Clerk
555 Fourth Street, NW
Washington, D.C. 20530

_____
Ebenezer K. Howe IV